IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-CR-30098-DRH |
| | ) | |
| MICHAEL FINTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTES OF HEARING ON MOTION TO WITHDRAW

**PRESIDING:** Hon. David R. Herndon, District Judge

**DATE:** August 10, 2010                                              **PLACE:** Springfield, Illinois

**COURT REPORTER:** Laura Blatz                        **COURTROOM DEPUTY:** Sandy Pannier

**COUNSEL FOR GOVERNMENT:** David Risley, Eric Long, Alamdar Shabbir Hamdani, AUSA

**COUNSEL FOR DEFENDANT:** Robert Scherschligt & Robert Alvarado, AFPD and William Lucco
                                                                                **TIME:** 11:00 A.M. - 11:20 A.M.
-------------------------------------------------------------------------------------------------------------------------

   Defendant appears in open Court with counsel.  Mr. Scherschligt advises the Court his attorney/client relationship in this case has been compromised and he believes it would be in the best interest of the defendant that he withdraw from the case.

   The Court notes that this is clearly a complex and extended case that warrants additional counsel to be appointed.  The Court will also find that due to the serious nature of the case and extent of the discovery in this case that it warrants appointment of another CJA panel attorney.  Court **GRANTS** Mr. Scherschligt's motion to withdraw.  Mr. Scherschligt advises the Court he will help successor lawyers get up to speed on his case.

   The Court notes for the record that the defendant has been provided with his glasses as ordered at the July 20 status conference.

   Mr. Risley requests all new counsel be aware of the protective order entered in this case by this court on November 4, 2009.  Mr. Risley also advises that his participation in this case may be limited as he has accepted another assignment in Cairo.

   Defendant is remanded to the custody of the U. S. Marshal.