UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-CR-30215-DRH |
| | ) | |
| MICHAEL C. FINTON, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE**

NOW COMES Defendant, Michael C. Finton, by and through his counsel and for his

Motion to Continue states as follows:

1.    This case is set for trial on March 14, 2011.

2.    The Court has found this to be a complex case.

3.    The discovery in this case is voluminous; much of it is in the nature of sometimes

difficult to hear or identify eavesdrop conversations allegedly between Defendant Finton and

government agents or operatives.  The Government continues to supply "enhanced" tapes which

do clarify the content of conversations between Defendant Finton and government agents or

operatives.

4.    The Defendant will be requesting enhancements of additional tapes, including

those when the Government made its initial contacts with the Defendant.

5.    Appropriate preparation for a final disposition of this case will take additional

time.

6.    Counsel have consulted with Defendant Finton regarding this motion; and

Defendant Finton agrees and consents to this Motion to Continue.

7.      The Government should not be prejudiced by this delay because Defendant Finton is currently detained and principal witnesses for the Government are government agents whose availability is not likely affected by the passage of time.

WHEREFORE, Defendant Michael C. Finton prays that this Court grant him a continuance and set a new trial date in order to allow for his counsel to adequately prepare this case.

Respectfully submitted,

s/ J. William Lucco
J. William Lucco, #1701835
LUCCO, BROWN, THRELKELD & DAWSON LLP
224 St. Louis Street, P.O. Box 539
Edwardsville, Illinois 62025
(618) 656-2321; (618) 656-2363 fax
blucco@lbtdlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-CR-30215-DRH |
| | ) | |
| MICHAEL C. FINTON, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2011, I electronically filed a Motion to Continue with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alamdar Shabbir Hamdani
alamdar.hamdani2@usdoj.gov

Eric Long
eric.long@usdog.gov

David Risley
david.risley@usdoj.gov

And I hereby certify that on March 8, 2011, I mailed by United States Postal Service, the document to the following non-registered participants:

Clyde L. Kuehn
Kuehn Law Firm
23 Public Square, Ste. 450
Belleville, IL 62220

s/ J. William Lucco